Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−26937−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kenneth R English          Gina English
57 Hyatt Rd                57 Hyatt Rd
Branchville, NJ 07826      Branchville, NJ 07826

Social Security No.:
xxx−xx−9699                xxx−xx−0989

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      8/3/17
Time:      02:00 PM
Location:  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Dean G. Sutton, Debtor's Attorney

COMMISSION OR FEES
$1,710.00

EXPENSES
$86.95

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 11, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 12-26937-VFP
Kenneth R English                                                                       Chapter 13
Gina English
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3                Date Rcvd: Jul 11, 2017
                              Form ID: 137               Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
```
db/jdb        +Kenneth R English,    Gina English,    57 Hyatt Rd,    Branchville, NJ 07826-4139
cr            +Bank of America, N.A. s/b/m/ t BAC Home Loans Serv,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +Greentree Servicing, LLC,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,
               Suite 302,   Roseland, NJ 07068-1640
cr            +Jersey Central Power & Light Co,,    c/o Deiches & Ferschmann,    25 Wilkins Avenue,
               Haddonfield, NJ 08033-2405
cr            +Sussex Bank,   c/o Seidman & Pincus, LLC,     777 Terrace Avenue,   Suite 508,
               Hasbrouck Heights, NJ 07604-3114
513286389     +BAC,   c/o Phelan Hallinan & Schmieg, PC,     400 Fellowship Rd,   Suite 100,
               Mount Laurel NJ 08054-3437
513185813    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
513185814     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
513485297      Bank of America, NA,    PO Box 660933,    Dallas, TX 75266-0933
513286392     +Beyer Farms, Inc.,    156-02 Liberty Ave,    Jamaica NY 11433-1004
513185816     +Bureau of Accounts Con,    Po Box 538,    Howell, NJ 07731-0538
513185818     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
               Salt Lake City, UT 84130-0285
513185819     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
513286393     +Constar Financial Services,    3561 W Bell Road,    Phoenix AZ 85053-2965
513185820     +Dingman's Dairy,    18-20 Alabama Avenue,    Paterson, NJ 07503-2107
514282725      GREEN TREE SERVICING LLC ET. ALL,     GREEN TREE SERVICING LLC,    P.O. BOX 6154,
               RAPID CITY, SD 57709-6154
513185824      JCP&L,   PO Box 3687,    Akron, OH 44309-3687
513350993     +Jersey Central Power & Light,    331 Newman Springs Rd Bldg 3,    Red Bank NJ 07701-6771
513185825     +Kenneth & Carole Jean Belcher,    Morris Downing & Sherred,    One Main Street,
               Newton, NJ 07860-2062
513185826     +O'Brien & Taylor,    PO Box 505,    Caldwell, NJ 07007-0505
513302969    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Division of Taxation,   Bankruptcy Section,
               PO Box 245,   Trenton, NJ 08695-0245)
513185827     +Sears/cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
513185829      State of NJ,    Division of State Lottery,    PO Box 041,    Trenton, NJ 08625-0041
513297379      State of New Jersey, Division of State Lottery,     c/o Lottery Counsel,
               Division of Law-Treasury Section,     PO Box 106,   Trenton NJ 08625-0106
513185830     +Suburban Propane,    AMS,   190 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2533
513185831     +Sussex Bank,    Seidman & Pincus, LLC,    777 Terrace Avenue, 5th Floor,
               Hasbrouck Heights, NJ 07604-3113
513720060      eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2017 23:31:28      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2017 23:31:25      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 11 2017 23:29:48      Ascension Capital Group,
               HSBC Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
cr             E-mail/Text: cio.bncmail@irs.gov Jul 11 2017 23:30:59      IRS-Department of Treasury,
               955 S. Springfield Ave. Bldg. A,    Springfield, NJ  07081
513289307     +E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2017 23:30:44
               Ally Financial Inc. f/k/a GMAC Inc.,     P O Box 130424,   Roseville, MN 55113-0004
513299613      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 11 2017 23:29:33
               Capital One Auto Finance,    PO Box 260848,    Plano, TX 75026-0848
513185817     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 11 2017 23:29:33
               Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
515326003     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 11 2017 23:29:11
               Capital One Auto Finance, a division of Capital On,     P.O. Box 201347,
               Arlington, TX 76006-1347
513206013      E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 23:29:23      GE Capital Retail Bank,
               Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
513206012      E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 23:29:43      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
513185823     +E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2017 23:30:44      GMAC/Ally,   Po Box 130424,
               Roseville, MN 55113-0004
513185822     +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 23:29:43      Gemb/JC Penny,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513185821     +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2017 23:29:43      Gemb/care Credit,
               Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513474930      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 23:36:40
               Portfolio Recovery Associates, LLC,    c/o Capital One, Na,    PO Box 41067,   Norfolk VA 23541
```

```
District/off: 0312-2           User: admin                Page 2 of 3                   Date Rcvd: Jul 11, 2017
                               Form ID: 137               Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513476209         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 23:49:44
                   Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,     POB 41067,
                   Norfolk VA 23541
513472705         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 23:49:38
                   Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,    PO Box 41067,
                   Norfolk VA 23541
513885610        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 23:36:18
                   PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541,
                   PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513885609        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 23:36:17
                   PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
514765724        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 23:36:39
                   Portfolio Recovery Assoc. LLC c/o Bank Of America,     POB 41067,    Norfolk VA 23541-1067
513650859        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2017 23:49:38
                   Portfolio Recovery Assocs., LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                                TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Capital One Auto Finance
513254451*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                   Wilmington, DE 19886-5102)
513286391*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,     Attn: R. Pollak,
                   200 Federal Plaza, 3rd Floor,    Paterson NJ 07505)
513286390*       +Internal Revenue Service,   PO Box 7346,    Philadelphia PA 19101-7346
513185828*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     Division of Taxation,    CN 245,
                   Trenton, NJ 08646)
513185815       ##+Borough of Branchville,    5 Main Street,    Branchville, NJ 07826-5526
                                                                                    TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    Sussex Bank ap@seidmanllc.com
              Andrew L. Spivack    on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Bank of America, N.A. s/b/m/ t BAC Home Loans
               Servicing, L.P. fka Countrywide Home Loans Servicing, LP nj.bkecf@fedphe.com
              Dean G. Sutton    on behalf of Debtor Kenneth R English dgs123@ptd.net
              Dean G. Sutton    on behalf of Joint Debtor Gina   English dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Ira  Deiches    on behalf of Creditor    Jersey Central Power & Light Co, ideiches@deicheslaw.com
              Jeanette F. Frankenberg    on behalf of Creditor    Greentree Servicing, LLC cmecf@sternlav.com
              Jennifer R. Gorchow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
```

```
District/off: 0312-2            User: admin              Page 3 of 3              Date Rcvd: Jul 11, 2017
                                Form ID: 137             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marc Alan Krefetz    on behalf of Plaintiff    State of New Jersey Division of State Lottery
           marc.krefetz@dol.lps.state.nj.us
          Marie-Ann Greenberg    magecf@magtrustee.com

                                                                                                                              TOTAL: 12