UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esquire
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973)729-8121
DS-1910
Attorney for the Debtor(s)

Order Filed on August 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth R. & Gina English

Case No.: 12-26937

Chapter: 13

Judge: VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 9, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Dean G. Sutton, Esq._____, the applicant, is allowed a fee of $ _____1,710.00_____ for services rendered and expenses in the amount of $_____86.95_____ for a total of $_____1,796.95_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*