UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esquire
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973)729-8121
DS-1910
Attorney for the Debtor(s)

Order Filed on August 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth R. & Gina English

Case No.: 12-26937

Chapter: 13

Judge: VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 9, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Dean G. Sutton, Esq._____, the applicant, is allowed a fee of $ _____1,710.00_____ for services rendered and expenses in the amount of $_____86.95_____ for a total of $_____1,796.95_____ . The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth R English
Gina English
    Debtors

Case No. 12-26937-VFP
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Aug 09, 2017 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.
db/jdb    +Kenneth R English,   Gina English,   57 Hyatt Rd,   Branchville, NJ 07826-4139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2017 at the address(es) listed below:

    Andrew J. Pincus   on behalf of Creditor   Sussex Bank ap@seidmanllc.com
    Andrew L. Spivack   on behalf of Creditor   Bank of America, N.A. s/b/m/ t BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, LP nj.bkecf@fedphe.com
    Andrew L. Spivack   on behalf of Creditor   GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
    Dean G. Sutton   on behalf of Joint Debtor Gina English dgs123@ptd.net
    Dean G. Sutton   on behalf of Debtor Kenneth R English dgs123@ptd.net
    Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Heather Lynn Anderson   on behalf of Creditor   State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
    Ira Deiches   on behalf of Creditor   Jersey Central Power & Light Co, ideiches@deicheslaw.com
    Jeanette F. Frankenberg   on behalf of Creditor   Greentree Servicing, LLC cmecf@sternlav.com
    Jennifer R. Gorchow   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
    Marc Alan Krefetz   on behalf of Plaintiff   State of New Jersey Division of State Lottery marc.krefetz@dol.lps.state.nj.us
    Marie-Ann Greenberg   magecf@magtrustee.com

    TOTAL: 12