UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910

In Re:

Kenneth R. & Gina English

Case No.: 12-26937

Judge: VFP

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for ___October 19, 2017___, at _11:00 a.m._.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I have the funds necessary to pay off my plan. It is in the form of a check m payable to the estate and we have to open a bank account in the name of the in order to deposit this check so the funds can be available. We anticipate th funds will be received by the Trustee no later than October 31, 2017.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certifi of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/5/17 _____
                  Debtor's Signature

Date: 10/5/17 _____
                  Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Ch 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if fi opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion t Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

re

