Form clsnodsc − ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−26937−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth R English
57 Hyatt Rd
Branchville, NJ 07826

Gina English
57 Hyatt Rd
Branchville, NJ 07826

Social Security No.:
xxx−xx−9699

xxx−xx−0989

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

You are hereby notified that the above−named case will be closed without entry of discharge on or after February 5, 2018 for the reason(s) indicated below.

☐  Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐  Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: January 4, 2018
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 12-26937-VFP
Kenneth R English                                                        Chapter 13
Gina English
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jan 04, 2018
                              Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.
db/jdb         +Kenneth R English,    Gina English,    57 Hyatt Rd,    Branchville, NJ 07826-4139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2018 21:59:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2018 21:59:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    Sussex Bank ap@seidmanllc.com
              Andrew L. Spivack    on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Bank of America, N.A. s/b/m/ t BAC Home Loans
               Servicing, L.P. fka Countrywide Home Loans Servicing, LP nj.bkecf@fedphe.com
              Dean G. Sutton    on behalf of Joint Debtor Gina  English dgs123@ptd.net
              Dean G. Sutton    on behalf of Debtor Kenneth R English dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Ira Deiches    on behalf of Creditor    Jersey Central Power & Light Co, ideiches@deicheslaw.com
              Jeanette F. Frankenberg    on behalf of Creditor    Greentree Servicing, LLC cmecf@sternlav.com
              Jennifer R. Gorchow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Marc Alan Krefetz    on behalf of Plaintiff    State of New Jersey Division of State Lottery
               marc.krefetz@dol.lps.state.nj.us
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 12