## State of New Jersey

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 106
TRENTON, NJ 08625-0106

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Acting Director*

February 8, 2018

Honorable Vincent F. Papalia, U.S.B.J.          [Via ECF only]
United States Courthouse
50 Walnut Street
Newark NJ

        IMO: Kenneth & Gina English
           Docket No. 12-26937/VFP

Dear Judge Papalia:

        This office represents the Division of the State Lottery. A motion on March 1, 2018, will consider the debtors' application to cancel and discharge the lien on their property that arose as a result of the judgment entered in the adversary proceeding that the debt owed to the Division of the State Lottery would not be discharged. Since the debt was paid in full through the Chapter 13 the Division of the State Lottery takes no position concerning proposed relief.

                                Respectfully yours,

                                GURBIR S. GREWAL
                                ATTORNEY GENERAL OF NEW JERSEY

                      By: /s/ Marc Krefetz_____
                         Marc Krefetz
                         Deputy Attorney General

cc via ecf only:

Dean G. Sutton, Esquire
18 Green Road
Sparta NJ

