

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for the Debtor | **Order Filed on March 6, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Kenneth R. & Gina English | Case No.: 12-26937/VFP<br><br>Chapter:   13<br><br>Hearing Date:   03/01/2018<br><br>Judge:  VFP |

ORDER ON MOTION TO
CANCEL AND DISCHARGE LIENS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 6, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Kenneth R. & Gina English
Case No. 12-26937
Caption of Order: Order to Cancel and Discharge Liens

The debtor(s) having filed a Motion to Cancel or Discharge Liens, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

■ The debtor's motion is granted, and the Liens referenced below are hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk with whom the original lien was recorded.

Description of Judgment Lien of Sussex Bank:

a. Lienholder: Sussex Bank

b. Docket No. L-000377-11

c. Judgment No. J-055270-2012

d. Date of Lien: 01/11/20/12

e. Date of Recordation: 03/09/2012

f. Place of Recordation: Superior Court of NJ, Sussex County

g. Original Amount of Debt: $122,049.890

Description of Judgment Lien of State of New Jersey, Division of State Lottery

a. Lienholder: State of New Jersey, Division of State Lottery

b. Judgment No. CB-026937-2012

d. Date of Lien: 01/11/20/12

e. Date of Recordation: 10/04/2012

f. Place of Recordation: Newark, NJ

g. Original Amount of Debt: $6,507.45

Page 3
Debtor:   Kenneth R. & Gina English
Case No.   12-26937
Caption of Order:  Order to Cancel and Discharge Liens

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*