

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for the Debtor

**Order Filed on March 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kenneth R. & Gina English

Case No.: 12-26937/VFP

Chapter:    13

Hearing Date:   03/01/2018

Judge:  VFP

ORDER ON MOTION TO
CANCEL AND DISCHARGE JUDGMENT LIENS

The relief set forth on the following pages, numbered two (2) through five (5) is
hereby **ORDERED**.

**DATED: March 6, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:   Kenneth R. & Gina English
Case No.   12-26937
Caption of Order:  Order to Cancel and Discharge Judgment Lienss

The debtor(s) having filed a Motion to Cancel or Discharge Judgment Liens, and the

court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

■  The debtor's motion is granted, and the Judgment Liens referenced below are hereby
cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order
shall be recorded by the Clerk with whom the original lien was recorded.

```
                    SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-146526-2008
DATE DOCKETED: 06/19/08
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                        DEBT: $ 17,177.05
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******699000
ATTORNEY: PRO SE
DEBTOR(S):
KENNETH ENGLISH ,PRO SE, SSN#:XXX-XX-X699
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)

                    ---------------
```

Page 3
Debtor:  Kenneth R. & Gina English
Case No.  12-26937
Caption of Order:  Order to Cancel and Discharge Judgment Liens


SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-146527-2008
DATE DOCKETED: 06/19/08
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                    DEBT: $ 17,177.05
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******989000
ATTORNEY: PRO SE
DEBTOR(S):
GINA ENGLISH ,PRO SE, SSN#:XXX-XX-X989
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)


--------------

SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-047470-2011
DATE DOCKETED: 02/10/11
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                    DEBT: $ 1,282.83
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******699000
ATTORNEY: PRO SE
DEBTOR(S):
KENNETH ENGLISH ,PRO SE, SSN#:XXX-XX-X699
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)

Page 4
Debtor:  Kenneth R. & Gina English
Case No.  12-26937
Caption of Order:  Order to Cancel and Discharge Judgment Liens


SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-047471-2011
DATE DOCKETED: 02/10/11
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                              DEBT: $ 1,282.83
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******989000
ATTORNEY: PRO SE
DEBTOR(S):
GINA ENGLISH ,PRO SE, SSN#:XXX-XX-X989
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)
                ---------------

SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-077260-2012
DATE DOCKETED: 04/12/12
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
DEBT: $ 77,518.95
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******699000
ATTORNEY: PRO SE
DEBTOR(S):
KENNETH ENGLISH ,PRO SE, SSN#:XXX-XX-X699
7187 SE REDBIRD CI, HOBE SOUND, FL 33455
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)

Page 5
Debtor:   Kenneth R. & Gina English
Case No.   12-26937
Caption of Order:  Order to Cancel and Discharge Judgment Liens

SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-077261-2012
DATE DOCKETED: 04/12/12
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
DEBT: $ 77,518.95
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******989000
ATTORNEY: PRO SE
DEBTOR(S):
GINA ENGLISH ,PRO SE, SSN#:XXX-XX-X989
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)

---------------

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*