UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for the Debtor

**Order Filed on March 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kenneth R. & Gina English

Case No.: 12-26937/VFP

Chapter: 13

Hearing Date: 03/01/2018

Judge: VFP

ORDER ON MOTION TO
CANCEL AND DISCHARGE LIENS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 6, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:  Kenneth R. & Gina English
Case No.  12-26937
Caption of Order:  Order to Cancel and Discharge Liens

The debtor(s) having filed a Motion to Cancel or Discharge Liens, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

■  The debtor's motion is granted, and the Liens referenced below are hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk with whom the original lien was recorded.

Description of Judgment Lien of Sussex Bank:

a. Lienholder: Sussex Bank

b. Docket No. L-000377-11

c. Judgment No. J-055270-2012

d. Date of Lien: 01/11/20/12

e. Date of Recordation: 03/09/2012

f. Place of Recordation: Superior Court of NJ, Sussex County

g. Original Amount of Debt: $122,049.890

Description of Judgment Lien of State of New Jersey, Division of State Lottery

a. Lienholder: State of New Jersey, Division of State Lottery

b. Judgment No. CB-026937-2012

d. Date of Lien: 01/11/20/12

e. Date of Recordation: 10/04/2012

f. Place of Recordation: Newark, NJ

g. Original Amount of Debt: $6,507.45

Page 3
Debtor:   Kenneth R. & Gina English
Case No.   12-26937
Caption of Order:  Order to Cancel and Discharge Liens

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth R English  
Gina English  
    Debtors

Case No. 12-26937-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 1                 Date Rcvd: Mar 07, 2018
                        Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2018.
db/jdb         +Kenneth R English,   Gina English,   57 Hyatt Rd,   Branchville, NJ 07826-4139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2018 at the address(es) listed below:
        Andrew J. Pincus    on behalf of Creditor    Sussex Bank ap@seidmanllc.com
        Andrew L. Spivack    on behalf of Creditor    Bank of America, N.A. s/b/m/ t BAC Home Loans
      Servicing, L.P. fka Countrywide Home Loans Servicing, LP nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
        Dean G. Sutton    on behalf of Joint Debtor Gina  English dgs123@ptd.net
        Dean G. Sutton    on behalf of Debtor Kenneth R English dgs123@ptd.net
        Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
        Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
      heather.anderson@law.dol.lps.state.nj.us
        Ira Deiches    on behalf of Creditor    Jersey Central Power & Light Co, ideiches@deicheslaw.com
        Jeanette F. Frankenberg    on behalf of Creditor    Greentree Servicing, LLC cmecf@sternlav.com
        Jennifer R. Gorchow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
        Marc Alan Krefetz    on behalf of Creditor State of New Jersey  Division of State Lottery
      marc.krefetz@dol.lps.state.nj.us
        Marc Alan Krefetz    on behalf of Plaintiff    State of New Jersey Division of State Lottery
      marc.krefetz@dol.lps.state.nj.us
        Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                      TOTAL: 13