UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for the Debtor

Order Filed on March 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth R. & Gina English

Case No.: 12-26937/VFP

Chapter:   13

Hearing Date:   03/01/2018

Judge:  VFP

ORDER ON MOTION TO
CANCEL AND DISCHARGE JUDGMENT LIENS

The relief set forth on the following pages, numbered two (2) through five (5) is hereby **ORDERED**.

**DATED: March 6, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:   Kenneth R. & Gina English
Case No.   12-26937
Caption of Order:  Order to Cancel and Discharge Judgment Lienss

The debtor(s) having filed a Motion to Cancel or Discharge Judgment Liens, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

■  The debtor's motion is granted, and the Judgment Liens referenced below are hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk with whom the original lien was recorded.

                    SUPERIOR COURT OF NEW JERSEY

```
JUDGMENT NUMBER: DJ-146526-2008
DATE DOCKETED: 06/19/08
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                            DEBT: $ 17,177.05
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******699000
ATTORNEY: PRO SE
DEBTOR(S):
KENNETH ENGLISH ,PRO SE, SSN#:XXX-XX-X699
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)
```

                           ---------------

Page 3
Debtor: Kenneth R. & Gina English
Case No. 12-26937
Caption of Order: Order to Cancel and Discharge Judgment Liens

```
                    SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-146527-2008
DATE DOCKETED: 06/19/08
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                              DEBT: $ 17,177.05
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******989000
ATTORNEY: PRO SE
DEBTOR(S):
GINA ENGLISH ,PRO SE, SSN#:XXX-XX-X989
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)

                        ---------------

                    SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-047470-2011
DATE DOCKETED: 02/10/11
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                              DEBT: $ 1,282.83
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******699000
ATTORNEY: PRO SE
DEBTOR(S):
KENNETH ENGLISH ,PRO SE, SSN#:XXX-XX-X699
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)
```

Page 4
Debtor:  Kenneth R. & Gina English
Case No.  12-26937
Caption of Order:  Order to Cancel and Discharge Judgment Liens

```
                    SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-047471-2011
DATE DOCKETED: 02/10/11
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                          DEBT: $ 1,282.83
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******989000
ATTORNEY: PRO SE
DEBTOR(S):
GINA ENGLISH ,PRO SE, SSN#:XXX-XX-X989
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)
                            ---------------

                    SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-077260-2012
DATE DOCKETED: 04/12/12
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
DEBT: $ 77,518.95
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******699000
ATTORNEY: PRO SE
DEBTOR(S):
KENNETH ENGLISH ,PRO SE, SSN#:XXX-XX-X699
7187 SE REDBIRD CI, HOBE SOUND, FL 33455
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
(No Address)
T/A
BELCHERS VILLAGE MARKET
(No Address)
```

Page 5
Debtor:  Kenneth R. & Gina English
Case No.  12-26937
Caption of Order:  Order to Cancel and Discharge Judgment Liens

```
                       SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-077261-2012
DATE DOCKETED: 04/12/12
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
DEBT: $ 77,518.95
CREDITOR(S):
DIV OF TAXATION ,TAX ID NUMBER = I******989000
ATTORNEY: PRO SE
DEBTOR(S):
GINA ENGLISH ,PRO SE, SSN#:XXX-XX-X989
57 HYATT RD, BRANCHVILLE, NJ 07826-4139
ATTORNEY: PRO SE
D/B/A
BELCHERS VILLAGE MARKET INC
 (No Address)
T/A
BELCHERS VILLAGE MARKET
 (No Address)


                              ---------------
```

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth R English
Gina English
    Debtors

Case No. 12-26937-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 07, 2018
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2018.
db/jdb         +Kenneth R English,    Gina English,    57 Hyatt Rd,    Branchville, NJ 07826-4139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2018 at the address(es) listed below:
         Andrew J. Pincus    on behalf of Creditor    Sussex Bank ap@seidmanllc.com
         Andrew L. Spivack    on behalf of Creditor    Bank of America, N.A. s/b/m/ t BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, LP nj.bkecf@fedphe.com
         Andrew L. Spivack    on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
         Dean G. Sutton    on behalf of Joint Debtor Gina English dgs123@ptd.net
         Dean G. Sutton    on behalf of Debtor Kenneth R English dgs123@ptd.net
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
         Ira Deiches    on behalf of Creditor    Jersey Central Power & Light Co, ideiches@deicheslaw.com
         Jeanette F. Frankenberg    on behalf of Creditor    Greentree Servicing, LLC cmecf@sternlav.com
         Jennifer R. Gorchow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
         Marc Alan Krefetz    on behalf of Creditor State of New Jersey Division of State Lottery marc.krefetz@dol.lps.state.nj.us
         Marc Alan Krefetz    on behalf of Plaintiff    State of New Jersey Division of State Lottery marc.krefetz@dol.lps.state.nj.us
         Marie-Ann Greenberg    magecf@magtrustee.com
         TOTAL: 13